I'm going to do some discussion on the income stream issue, what it means, the issue, and then the two concerns that I'm going to talk about. The first is the stream access disease. What's your disease? On the stream issue, the district court held that the stream was not involved enough in the preliminary stages of the duty to be created. That's both well known law because of the early context. It's well known law because of all that's required for it to meet its relationship with the parties. And clearly, Faulkner and Syria had a relationship as early as January 27th, long before any contract was issued. And we know that not only because of their course of treatment, but because of those January 2007 court order agreements that came out of Congress. So, Faulkner's relationship hasn't changed over the years. Clearly, the issue that comes up is that some of the regulations that are in place that talk about the income flow, one of the things that's not been shown to us, is that there is a particular article. It's a particular article. It's described as such. It's a preliminary work. So, the location of the stream, the amount of community access, the amount of supply chain, and the location of the project, the cost of the building, the property, is a particular issue. And it's one of the things that's been shown to us over the years. What the statute of limitations are, and the judge found Faulkner to be, as he said, subject to breach, firstly, it's not a law, it's a, you can say right now, safe. Thank you. Mm. All right. Mm. Okay. Absolutely. Okay. Thank you. Thank you. We have Mark Schultz. He's the president of FONCR. We just find that what they agreed to in the January agreement was that FONCR was hiring work strands if the expected years were being needed from the 16th through the 18th. We turned back Mark in case the principal of the strand itself said that he thought that the regulatory agencies needed to be contracted and their requirements to transition from the very conceptual basis of CRD78 to CRD79 as a response to a question from a social security staff who directed FONCR to take the C01. Strands are so responsible for determining who will have the ability to engage in the implementation of the current draft of the C01. Dave, what we're not talking about is FONCR. We're just talking about governmental authority. No, no, no, no. The C01 system is one of the key factors that exists to ensure that social security obligations are kept up. They are the modern history of the whole responsibility of ground services. Right. I don't understand your argument. The rule of the law, the science of the law, was stranded prior to the 2005 draft of the C01. Stranding was filed to identify all of the civil requirements. The fact is that it's been stated that it's been preceded by the C01. I apologize, but I am not here to justify that. The C01 system is one of the key factors that exists to ensure that our services keep smooth and restricting what regulatory requirements are. I'm not here to make fun of the fact that FONCR is going through its wash. It's just so important. And when I saw that, I think a seasoned civil engineer, this one girl, and not just a talented civil engineer's duty to fill that role was required because that's what civil engineers do. And I saw it. I saw it in her materials. And I thought, you know, we're trying to be civil engineers on our staff. That's what we're relying on. That's what's key for us. There is no contrary evidence that stranding is a standard of care. That is not a key justification. And there's no unjustified evidence that it's not a key justification. Let me quickly answer the key issue. First, off the top, JORDAN is not entitled to the $95,000 in non-taxable costs. These two are awarded because JORDAN passes those things only on its contractual provision. But they don't turn us in. So, when we're talking about fees or costs on a business contractual provision, those are not trade-off fees. That was okay. That was my third point when you're talking about a contractual provision. First one, you have to consider costs. So, you have to treat each and every one of these costs as a fee. And when you're talking about that, because the rationale of the contract is the extension on a basis, we're talking about only, and only on a contractual basis, the desire to have the knowledge of each of these costs not set to JORDAN. And so, when you have a contractual basis, you need to pay for that negative care. I'll say, by the way, that's not true. No, no, no, no, no. No, Your Honor, that's not the statutory basis for modeling out the contract. It's entirely fair to report a lot of these costs when we're asking a contract to be removed from a contractual agreement. Right. But you receive $95,000 in non-custodial costs. It's based on contract on set. It's based only on contract on set. And that's only used to be able to explore the areas of self-improvement. So, does that make sense to you? Does it make sense to you medically? Not that $95,000. This is a story that's $95,000 in non-taxable costs. The fact that you can look and they only ask for that, even in our subordinate excerpt of the record, page 14, they only ask for that based on contract. And it's not stated on the set. So, how do you address these costs? Well, you get the fees. That's a different story because that was based on the set. It makes the successful party issue, and it makes the variety of contracts issue. It's based on the set, not on the contract. It's based on the set. When we get to the variety of contracts, the statutory basis for fees, federal duties are implied in law. They are not arising from a contract. They are based on a contract. We know that's the case with SOPS. P-H-A-P-H-A- there was no contract between SOLSTER and the SOPS sub-consultants. There was no contract. The only claim was not based on the set. It's a term based fee. So, even if you, it doesn't have anything through the contract or not through the contract, it's still a term based fee. But that's not a claim. It's not because it would exist without the SOPS sub-consultant or the SOPS sub-consultant. It's not a claim. You can see that on the little picture on the right. However, you still have to have a fee-eligible contract claim. And fee-eligible contract claim means not registered because that's what fees are. You still have to have all of their cases. Do not involve a professional. Do not involve one fee-eligible contract claim. This concludes our briefing on the SOPS sub-consultant contract for SOPS and SOPS sub-consultants. Thank you. This concludes our briefings. I thank you guys for joining us. If you have any questions, please feel free to reach out to us. If you have any questions, please visit us. This is Jane at jjj.com. This is Mary at the Library of Congress. Thank you all for your standing promise to their policy demands campaign bill exception. And today, we hand you the demonstrates, recruit country engagement, government diplomacy and Colombia and other political jokes and promises and just having the best for a whole bunch of so-called boards. So under your direction, we have very important work related to create and his and her action. This is that I've asked. It's all okay. into the you. I'm you said. You the wow wow  wow wow wow wow wow wow
judges: Wardlaw, Paez, Bea